**ROBINSON, SEILER & ANDERSON, LC**
Jared L. Anderson, #8140
Morgan Fife, #11278
2500 North University Ave.
PO Box 1266
Provo, Utah 84603-1266
Telephone: (801) 375-1920
Facsimile: (801) 377-9405
Email: jla@rsalawyers.com

Juan E. Monteverde
FARUQI & FARUQI, LLP
369 Lexington Ave., Tenth Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: jmonteverde@faruqilaw.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TREVOR BRAMWELL, On Behalf of Himself and All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>LIFEVANTAGE CORPORATION, DOUGLAS C. ROBINSON, ELWOOD H. SPEDDEN, MICHAEL A. BEINDORFF, DAVID W. BROWN, MIKE LU, DAVE S. MANOVICH, GARRY MAURO, JOE M. MCCORD and GEORGE E. METZER, )<br><br>Defendants, ) | No. 12 Civ. 1006 (DB)<br>ECF Case<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil

Procedure, Plaintiff Trevor Williams voluntarily dismisses the above-titled action against

Defendants LifeVantage Corporation, Douglas C. Robinson, Elwood H. Spedden, Michael A.

Beindorff, David W. Brown, Mike Lu, Dave S. Manovich, Garry Mauro, Joe M. Mccord and

George E. Metzger.  This notice of dismissal is being filed with the Court before service by

Defendants of either an answer or a motion for summary judgment.  Each party shall bear its

own costs.

DATED:November 13, 2012

**ROBINSON, SEILER & ANDERSON, LC**

By: _____

    Jared L. Anderson, #8140
2500 North University Ave.
PO Box 1266
Provo, Utah 84603-1266
Telephone: (801) 375-1920
Facsimile: (801) 377-9405
Email: jla@rsalawyers.com

**FARUQI & FARUQI, LLP**
Juan E. Monteverde
369 Lexington Ave., Tenth Floor
New York, NY  10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: jmonteverde@faruqilaw.com

*Attorneys for Plaintiff*